**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HOWARD PORTER,

        Plaintiff,

v.                                 Case No. 6:15-cv-1715-Orl-37DCI

WESH 2, BAY NEWS 9, MY NEWS 13, WKMG TV LOCAL 6, TRAVELL EILAND, SHAUN CHAIYBHAT, BLAINE TOLISON, SAUL SENZ, LACY MCLAUGHLIN, and KATIE KURSTAIN,

        Defendants.

**ORDER**

This cause is before the Court on its own motion.

Plaintiff initiated the instant action on October 13, 2015, against twenty-one defendants.[1] (Doc. 1.) On October 4, 2016, Defendants WKMG TV Local 6 and My News 13 moved for dismissal on grounds that the complaint: (1) is an improper shotgun pleading; and (2) fails to allege sufficient facts to state claims upon which relief may be granted. (Doc. 44 ("**MTD**").) Plaintiff's response to the MTD was due on or before August 21, 2016. Local Rule 3.01(b) (requiring a party opposing a motion to file a response within 14 days after service of the motion); *see also* Fed. R. Civ. P. 6(d) (providing three additional days to respond). The filing deadline has now passed, and Plaintiff has yet to file a response in opposition to the MTD.

---

[1] Subsequently, Plaintiff filed two distinct amended complaints (Docs. 23, 24) and moved to separate the latter complaint to initiate a second action. (Doc. 22 ("**Motion to Separate**").) On August 1, 2016, U.S. Magistrate Judge David A. Baker granted Plaintiff's Motion to Separate and directed the Clerk to open this docket. (*See* Docs. 22, 27.)

Nonetheless, in light of Plaintiff's *pro se* status, the Court will permit Plaintiff to file a late response. Accordingly, Plaintiff is **DIRECTED** to respond to Defendants WKMG TV Local 6 and My News 13's Motion to Dismiss (Doc. 44) on or before, Friday, **November 4, 2016**. Failure to file such response **will** result in dismissal of this action without further notice.

    **IT IS SO ORDERED**.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on October 26, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Pro Se Parties

Counsel of Record